**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1822

WANDA M. JONES,

Plaintiff - Appellant,

versus

UNITED RECOVERY SYSTEMS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Chief District Judge.  (CA-02-1843-A)

Submitted:  January 30, 2004        Decided:  February 13, 2004

Before WIDENER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stephen R. Palmer, Alexandria, Virginia, for Appellant. Christopher P. Spera, DECKELBAUM, OGENS & RAFTERY, CHTD, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wanda M. Jones appeals the district court's order dismissing her civil action under Fed R. Civ. P. 12(b)(6) and the magistrate judge's orders denying her motion to file a second amended complaint and imposing sanctions under Fed. R. Civ. P. 11. We have reviewed the materials presented on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and the magistrate judge. See Jones v. United Recovery Sys., Inc., No. CA-02-1843-A (E.D. Va. filed June 24, 2003, entered June 25, 2003; June 20, 2003; June 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED